UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.       IN REPLYING, GIVE NUMBER
CLERK OF COURT      OF CASE AND NAMES OF PARTIES
412-208-7500

DATE: January 29, 2008



Clerk's Office
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA 92101-8900

Re: USA v. Mark G. Siramur

Criminal Action No. 2:96-30

Dear Sir or Madam:

'08 CR 7006 IEG

    The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

1. Amended Judgment
2. Transfer Order
3. Docket Sheet

Please note the indictment is not included as it can not be located.

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

    Very truly yours,

    ROBERT V. BARTH, JR.
    CLERK OF COURT


By:    /s/ J. Perch
    J. Perch
    Deputy Clerk

Enclosures

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

2008 JAN 23 PM 4:03

DOCKET NUMBERS (Tran. Court)
96-00030-001

DOCKET NUMBER (Rec. Court)

FILED
JAN 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mark G. Siramur<br>4096 Caminito Expejo<br>San Diego, CA 92107 | WESTERN DISTRICT OF PENNSYLVANIA | |

U S DISTRICT COURT

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Terrence F. McVerry |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 02/23/07 | TO 02/22/10 |
|---|---|---|

**OFFENSE**
Conspiracy to Distribute and Posses With the Intent to Distribute in Excess of 100 Kilograms of Marijuana, 21 U.S.C. § 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. * Since restitution was ordered jointly and severally, the financial obligation will be maintained by the U.S. District Clerk, Western District of Pennsylvania.

12/19/07
Date

/s/ McVerry
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/8/08
Effective Date

/s/ Irma E. Gonzalez
United States District Judge

CERTIFIED FROM THE RECORD
Date 1/29/08
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

# MEMORANDUM

**DATE** : January 23, 2008

**REPLY TO ATTENTION OF** : Elena Donnelly
U.S. Probation Office, Pittsburgh, PA

**SUBJECT** : SIRAMUR, Mark G.
Criminal No. 96-00030-001
**TRANSFER OF JURISDICTION**

**TO** : Clerk of Court's Office, Pittsburgh, PA

Attached is Probation Form 22 (Transfer of Jurisdiction) on the above case, which has been signed by both U.S. District Judge Terrence McVerry, of this District and U.S. District Judge Irma E. Gonzalez of the Southern District of California, transferring jurisdiction to San Diego, effective January 8, 2008. Please send this district's file to the Clerk of Court's Office in San Diego.

NOTE: If this case involves payment of restitution jointly/severally, payments at this criminal number will continue to be processed in this District (per AO Memorandum dated 11-14-00).

Thank you.

:emd

Attachment: Probation Form 22

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

MARK G. SIRAMUR

AMENDED JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

Case Number CR 96-30

**MARTHA E. BAILOR, ESQUIRE**
Defendant's Attorney

FILED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THE DEFENDANT:
__X__ pleaded guilty to count _one_.
_____ was found guilty on count(s) _ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with the Intent to Distribute in Excess of 100 Kilograms of Marijuana, A Schedule I Controlled Substance | 2/1/1996 | one |

The defendant is sentenced as provided in pages 2 through _7_ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).
_____ Count(s) __ (is) (are) dismissed on the motion of the United States.
_____ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
__X__ It is ordered that the defendant shall pay to the United States a special assessment of $50.00, which shall be due immediately payable to United States District Court Clerk.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

05648-068
Defendant's USM No.

August 12, 2005
Date of Imposition of Re-Sentence

_/s/ M. Verry_
Signature of Judicial Officer
Terrence F. McVerry
U.S. District Judge

August 12, 2005
Date

CERTIFIED FROM THE RECORD
Date: 1/29/08
ROBERT V. BARTH, JR. CLERK
By _____
Deputy Clerk

Defendant: MARK G. SIRAMUR                 Judgment--Page 2 of 7
Case Number: CR 96-30

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>60 months</u>.

<u>X</u>   The Court makes the following recommendations to the Bureau of Prisons:
**It is recommended that defendant be admitted to the Five Hundred (500) Hour Residential Drug Abuse Treatment Program while imprisoned as soon as possible.**

<u>X</u>   The defendant is remanded to the custody of the United States Marshal.
\_\_   The defendant shall surrender to the United States Marshal for this district,

    \_\_ at \_ on \_.

    \_\_ as notified by the Marshal.

\_\_   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    \_\_ before 2 p.m. on \_.
    \_\_ as notified by the United States Marshal.
    \_\_ as notified by the Probation Office.

## RETURN

    I have executed this Judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

_____ at _____,

with a certified copy of this Judgment.

                                                                                       United States Marshal

                                                                                      By_____
                                                                                    Deputy Marshal

Defendant: MARK G. SIRAMUR  Judgment--Page 3 of 7
Case Number: CR 96-30

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>3 years</u>.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

<u>X</u>  The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

___  The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

<u>X</u>  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

___  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

___  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

___  The defendant shall participate in an approved program for domestic violence.

<u>X</u>  Additional conditions
**Defendant shall participate in a program of testing for substance abuse as directed by the probation office, until such time as defendant is released from the program by the probation office. Further, defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation office, but not to exceed the actual cost.**

For offenses committed on or after September 13, 1994:

<u>X</u>  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

Defendant: MARK G. SIRAMUR  Judgment--Page 4 of 7
Case Number: CR 96-30

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) the defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history of characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**These conditions are in addition to any other conditions imposed by this Judgment.**

Upon finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

All of the conditions listed in this order have been read to me. I fully understand the conditions and have been provided a copy of them.

_____   _____
(Signature)               (Date)


_____   _____
U.S. Probation Officer/Designated Witness   (Date)

CLOSED

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
### CRIMINAL DOCKET FOR CASE #: 2:96-cr-00030-TFM-1
### Internal Use Only

Case title: USA v. SIRAMUR
Magistrate judge case number: 2:96-mj-00031 Related

Date Filed: 02/28/1996



Assigned to: Terrence F. McVerry
Appeals court case number: 04-1912

**Defendant**

**MARK G. SIRAMUR** (1)
*TERMINATED: 03/19/2004*

represented by **Martha E. Bailor**
1716 Sarah Street
Pittsburgh, PA 15203
(412) 481-6021
Email: meb@pghmail.com
*TERMINATED: 03/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**William James Helzlsouer**
302 Euclid Avenue
Dravosburg, PA 15034-1208
(412) 469-1992
Email: wjhlaw@helzlsouer.com
*TERMINATED: 03/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

CERTIFIED FROM THE RECORD
Date 1/29/08
ROBERT V. BARTH, JR., CLERK
By _____ Deputy Clerk

**Pending Counts**

21:846 CONSPIRACY TO
DISTRIBUTE AND POSSESS WITH
THE INTENT TO DISTRIBUTE IN
EXCESS OF 100 KILOGRAMS OF
MARIJUANA, A SCHEDULE I
CONTROLLED SUBSTANCE
(1)

**Disposition**

60 Months Imprisonment. 3 Years
Supervised Release with conditions in
said sentence and Standard Conditions
of Supervision. No Fine. $50.00 Special
Assessment.

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | represented by | **Jeffrey M. Klink**<br>United States Attorney's Office<br>700 Grant Street<br>Suite 400<br>Pittsburgh, PA 15219<br>(412) 644-3500<br>*TERMINATED: 04/28/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/1996 | 1 | COMPLAINT [ 2:96-m -31 ] (sealed) (Entered: 02/08/1996) |
| 02/02/1996 | 2 | MOTION by USA as to SEALED DEFENDANT 1, SEALED DEFENDANT 2, SEALED DEFENDANT 3 to Seal with Proposed Order. [ 2:96-m -31 ] (sealed) (Entered: 02/08/1996) |
| 02/02/1996 | | ORDER upon motion granting [2-1] motion to Seal as to SEALED DEFENDANT 1 (1), SEALED DEFENDANT 2 (2), SEALED DEFENDANT 3 (3) (signed by Mag. Judge Kenneth J. Benson on 2/2/96) CM all parties of record. [ 2:96-m -31 ] (sealed) (Entered: 02/08/1996) |
| 02/02/1996 | 3 | Initial appearance as to SEALED DEFENDANT 1 held on 2/2/96 before Mag. Judge Kenneth J. Benson [ Reporter: none ] ; Preliminary Examination set for 2:30 2/2/96 for SEALED DEFENDANT 1 (Defendant informed of rights.) [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/02/1996 | 4 | CJA 23 FINANCIAL AFFIDAVIT by SEALED DEFENDANT 1 [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/02/1996 | | Non-surety BOND entered by SEALED DEFENDANT 1 in the amount of $50,000 receipt # none [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/02/1996 | 5 | ORDER Setting Conditions of Release as to SEALED DEFENDANT 1 |

| | | |
|---|---|---|
| | | Bond set to $50,000 non-surety for SEALED DEFENDANT 1. (signed by Mag. Judge Kenneth J. Benson on 2/2/96) CM all parties of record. [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/02/1996 | 6 | CJA 20 as to SEALED DEFENDANT 1 : Appointment of Attorney William James Helzlsouer Voucher # 0642330 (signed by Mag. Judge Kenneth J. Benson on 2.2.96) [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/02/1996 | 7 | NOTICE of appointment of counsel by SEALED DEFENDANT 1 [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/02/1996 | 9 | Preliminary Examination as to SEALED DEFENDANT 1 held on 2/2/96 before Mag. Judge Kenneth J. Benson [ Reporter: none ] [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/09/1996 | 20 | MOTION by SEALED DEFENDANT 1 to Travel with Proposed Order. [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/09/1996 | | ORDER upon motion granting [20-1] motion to Travel as to SEALED DEFENDANT 1 (1) (signed by Mag. Judge Kenneth J. Benson on 2/9/96) CM all parties of record. [ 2:96-m -31 ] (sealed) (Entered: 02/09/1996) |
| 02/28/1996 | 21 | INDICTMENT as to MARK G. SIRAMUR (1) count(s) 1, MYRON LIEBERMAN (2) count(s) 1, 2, RENEE D. PLATIAU (3) count(s) 1, 2 (tt) (Entered: 02/29/1996) |
| 02/28/1996 | 22 | Indictment Memorandum as to MARK G. SIRAMUR, MYRON LIEBERMAN, RENEE D. PLATIAU (tt) (Entered: 02/29/1996) |
| 02/28/1996 | 23 | REQUEST for Summons for MARK G. SIRAMUR, MYRON LIEBERMAN, RENEE D. PLATIAU to appear for arraignment at 9:30 3/21/96 before Mag. Judge Ila J. Sensenich and post O.R. Bond in the amount 50,000.00 dollars. SUMMONS(ES) issued. (tt) (Entered: 02/29/1996) |
| 02/28/1996 | | (Court only) **Added Government Attorney Jeffrey M. Klink (tt) (Entered: 02/29/1996) |
| 03/07/1996 | 24 | SUMMONS Returned Executed as to MARK G. SIRAMUR 3/4/96 (tt) (Entered: 03/07/1996) |
| 03/18/1996 | 25 | MOTION by MARK G. SIRAMUR to continue Arraignment , with Proposed Order. (tt) (Entered: 03/19/1996) |
| 03/20/1996 | | ORDER upon motion granting [25-1] motion to continue Arraignment as to MARK G. SIRAMUR (1); reset Arraignment for 10:00 4/1/96 for MARK G. SIRAMUR before Mag. Judge Kenneth J. Benson . (signed by Mag. Judge Ila J. Sensenich on 3/20/96) CM all parties of record. (tt) (Entered: 03/20/1996) |
| 04/01/1996 | | Arraignment as to MARK G. SIRAMUR held on 4/1/96 before Mag. Judge Kenneth J. Benson ; Defendant pleads not guilty. ( with Document |

| | | |
|---|---|---|
| | | # 21 ) (tt) (Entered: 04/01/1996) |
| 04/11/1996 | 32 | MOTION by MARK G. SIRAMUR to Extend Time to file pretrial motions , with Proposed Order. (tt) (Entered: 04/11/1996) |
| 04/12/1996 | | ORDER upon motion granting [32-1] motion to Extend Time to file pretrial motions as to MARK G. SIRAMUR (1); reset Motion Filing deadline to 5/12/96 for MARK G. SIRAMUR , and to Continue in Interests of Justice Time excluded from 4/13/96 to 5/12/96 (signed by Judge Robert J. Cindrich on 4/12/96) CM all parties of record. (tt) (Entered: 04/12/1996) |
| 05/13/1996 | 34 | SECOND MOTION by MARK G. SIRAMUR to Extend Time in which to file pretrial motions , with Proposed Order. (tt) (Entered: 05/13/1996) |
| 05/14/1996 | | ORDER upon motion granting [34-1] motion to Extend Time in which to file pretrial motions as to MARK G. SIRAMUR (1); reset Pretrial Motion Filing deadline to 6/28/96 for MARK G. SIRAMUR ; and to Continue in Interests of Justice Time excluded from 5/15/96 to 6/28/96 . (signed by Judge Robert Cindrich on 5/14/96) CM all parties of record. (tt) (Entered: 05/14/1996) |
| 06/28/1996 | 40 | THIRD MOTION by MARK G. SIRAMUR to Extend Time for filing pretrial motions , with Proposed Order. (tt) (Entered: 07/01/1996) |
| 07/01/1996 | | ORDER upon motion granting [40-1] motion to Extend Time for filing pretrial motions as to MARK G. SIRAMUR (1); reset Motion Filing deadline to 7/8/96 for MARK G. SIRAMUR , and to Continue in Interests of Justice Time excluded from 6/28/96 to 7/8/96 . (signed by Judge Robert J. Cindrich on 7/1/96) CM all parties of record. (tt) (Entered: 07/01/1996) |
| 07/10/1996 | 42 | MOTION by MARK G. SIRAMUR to deem omnibus pretrial motion timely filed , with Proposed Order. (tt) (Entered: 07/10/1996) |
| 07/10/1996 | 43 | MOTION with Brief in Support by MARK G. SIRAMUR to Compel Disclosure of Plea Bargains, Preferential Treatment and Promises to Governmental Witnesses , for Discovery , for Disclosure of all Jencks Act Material , for production and inspection of evidence and/or information which may lead to evidence , to require law enforcement personnel to retain rough notes and turn the same over to defense , to Suppress Evidence , to Suppress Statement of deft , in Limine to exclude evidence of deft's prior convictions , and to Produce evidence which the Govt intends to use under Fed. Rule of Evidence 404(b) and 609 . (tt) (Entered: 07/10/1996) |
| 07/15/1996 | | ORDER upon motion granting [42-1] motion to deem omnibus pretrial motion timely filed as to MARK G. SIRAMUR (1); the additional time in which said motion was filed in this case shall be excludable for purposes of the Speedy Trial Act (signed by Judge Robert J. Cindrich on 7/15/96) CM all parties of record. (crw) (Entered: 07/16/1996) |
| 07/15/1996 | 44 | CASE MANAGEMENT ORDER setting Jury Selection set for 9:30 |

| | | |
|---|---|---|
| | | 8/26/96 ; Pretrial Conference set for 2:00 8/19/96 ; Voir Dire set for 8/12/96 ; Jury Points for Charge set for 8/26/96 ; Evidentiary Briefs set for 8/12/96 ; 404(b) deadline set for 8/23/96 ; ( signed by Judge Robert J. Cindrich on 7/15/96 ) CM all parties of record. (ces) (Entered: 07/16/1996) |
| 07/18/1996 | 45 | MOTION by MARK G. SIRAMUR for leave to Travel outside the district , with Proposed Order. (tt) (Entered: 07/18/1996) |
| 07/18/1996 | 46 | OMNIBUS RESPONSE by USA as to MARK G. SIRAMUR, MYRON LIEBERMAN, RENEE D. PLATIAU re: [45-1] motion for leave to Travel outside the district, [43-1] motion to Compel Disclosure of Plea Bargains, Preferential Treatment and Promises to Governmental Witnesses, [43-2] motion for Discovery, [43-3] motion for Disclosure of all Jencks Act Material, [43-4] motion for production and inspection of evidence and/or information which may lead to evidence, [43-5] motion to require law enforcement personnel to retain rough notes and turn the same over to defense, [43-6] motion to Suppress Evidence, [43-7] motion to Suppress Statement of deft, [43-8] motion in Limine to exclude evidence of deft's prior convictions, [43-9] motion to Produce evidence which the Govt intends to use under Fed. Rule of Evidence 404(b) and 609, [38-1] motion to Suppress Physical Evidence, [37-1] motion for Disclosure of Promises of Leniency and/or existence of plea bargaining agreements, [36-1] motion to adopt, [35-1] motion to Suppress Statement (tt) (Entered: 07/18/1996) |
| 07/19/1996 | 48 | ORDER as to MARK G. SIRAMUR denying [45-1] motion for leave to Travel outside the district. (signed by Judge Robert J. Cindrich on 7/19/96) CM all parties of record. (tt) (Entered: 07/22/1996) |
| 07/24/1996 | 51 | Motion hearing held on 7/24/96 as to MARK G. SIRAMUR, MYRON LIEBERMAN, RENEE D. PLATIAU re: [50-1] supplemental motion for Leave to Supplement pretrial motions, [50-2] supplemental motion to Suppress Evidence, [50-3] supplemental motion for Leave to File additional motions, [43-1] motion to Compel Disclosure of Plea Bargains, Preferential Treatment and Promises to Governmental Witnesses, [43-2] motion for Discovery, [43-3] motion for Disclosure of all Jencks Act Material, [43-4] motion for production and inspection of evidence and/or information which may lead to evidence, [43-5] motion to require law enforcement personnel to retain rough notes and turn the same over to defense, [43-6] motion to Suppress Evidence, [43-7] motion to Suppress Statement of deft, [43-8] motion in Limine to exclude evidence of deft's prior convictions, [43-9] motion to Produce evidence which the Govt intends to use under Fed. Rule of Evidence 404(b) and 609, [38-1] motion to Suppress Physical Evidence, [37-1] motion for Disclosure of Promises of Leniency and/or existence of plea bargaining agreements, [36-1] motion to adopt, [35-1] motion to Suppress Statement before Judge Robert J. Cindrich [ Reporter: Rick Ford ] (tt) Modified on 04/12/2001 (Entered: 07/25/1996) |
| 07/24/1996 | | Deadline updated as to MARK G. SIRAMUR, MYRON LIEBERMAN, RENEE D. PLATIAU denying as moot or agreed to by Govt. [50-1] |

| | | |
|---|---|---|
| | | supplemental motion for Leave to Supplement pretrial motions as to MYRON LIEBERMAN (2), [50-3] supplemental motion for Leave to File additional motions as to MYRON LIEBERMAN (2), [43-1] motion to Compel Disclosure of Plea Bargains, Preferential Treatment and Promises to Governmental Witnesses as to MARK G. SIRAMUR (1), [43-2] motion for Discovery as to MARK G. SIRAMUR (1), [43-3] motion for Disclosure of all Jencks Act Material as to MARK G. SIRAMUR (1), [43-4] motion for production and inspection of evidence and/or information which may lead to evidence as to MARK G. SIRAMUR (1), [43-5] motion to require law enforcement personnel to retain rough notes and turn the same over to defense as to MARK G. SIRAMUR (1), [43-8] motion in Limine to exclude evidence of deft's prior convictions as to MARK G. SIRAMUR (1), [43-9] motion to Produce evidence which the Govt intends to use under Fed. Rule of Evidence 404(b) and 609 as to MARK G. SIRAMUR (1), [37-1] motion for Disclosure of Promises of Leniency and/or existence of plea bargaining agreements as to MYRON LIEBERMAN (2), [36-1] motion to adopt as to MYRON LIEBERMAN (2) (tt) Modified on 04/12/2001 (Entered: 07/25/1996) |
| 07/25/1996 | 52 | ORDER as to MARK G. SIRAMUR, MYRON LIEBERMAN; Hearing on Motions to Suppress set for 9:30 8/19/96 as to: MARK SIRAMUR, re: (43-6), (43-7); MYRON LIEBERMAN, re: (50-2), (38-1), (35-1) ; Briefs in Support set to 8/6/96 for [50-2] supplemental motion to Suppress Evidence, [43-6] motion to Suppress Evidence, [43-7] motion to Suppress Statement of deft, [38-1] motion to Suppress Physical Evidence, and [35-1] motion to Suppress Statement ; Briefs in Opposition set to 8/6/96 for [50-2] supplemental motion to Suppress Evidence, [43-6] motion to Suppress Evidence, [43-7] motion to Suppress Statement of deft, [38-1] motion to Suppress Physical Evidence, and [35-1] motion to Suppress Statement (signed by Judge Robert J. Cindrich on 7/24/96) CM all parties of record. (tt) (Entered: 07/25/1996) |
| 08/06/1996 | 54 | Supplemental Pretrial Response by USA to re: [46-1] motion responses (tt) (Entered: 08/07/1996) |
| 08/14/1996 | 55 | MOTION by USA as to MARK G. SIRAMUR, MYRON LIEBERMAN to continue hearing on motions to suppress evidence and statements , with Proposed Order. (tt) (Entered: 08/15/1996) |
| 08/16/1996 | | ORDER upon motion granting [55-1] motion to continue hearing on motions to suppress evidence and statements as to MARK G. SIRAMUR (1), MYRON LIEBERMAN (2); Motion Hearing reset for 10:00 9/13/96 as to: MARK SIRAMUR, re: (43-7), (43-6) motions ; and as to MYRON LIEBERMAN, re: (35-1), (38-1), (50-2) motions . (signed by Judge Robert J. Cindrich on 8/16/96) CM all parties of record. (tt) (Entered: 08/16/1996) |
| 08/21/1996 | 58 | Change of Plea Hearing as to MARK G. SIRAMUR set for 9:30 9/13/96 before Judge Robert J. Cindrich (tt) (Entered: 08/21/1996) |

| | | |
|---|---|---|
| 08/27/1996 | 60 | MOTION by MARK G. SIRAMUR to arrange for non-custodial transportation, with Proposed Order. (tt) (Entered: 08/28/1996) |
| 08/28/1996 | | ORDER upon motion granting [60-1] motion to arrange for non-custodial transportation as to MARK G. SIRAMUR (1). The U.S. Marshal shall arrange for the deft's means of non-custodial transportation or furnish the fare for such transportation. (signed by Judge Robert J. Cindrich on 8/27/96) CM all parties of record. (tt) (Entered: 08/28/1996) |
| 09/13/1996 | 64 | Change of Plea Hearing as to MARK G. SIRAMUR held on 9/13/96 before Judge Robert J. Cindrich [ Reporter: Shirley Hall ] Bond Continued pending sentencing. (tt) Modified on 04/17/2001 (Entered: 09/13/1996) |
| 09/13/1996 | | Plea Agreement as to MARK G. SIRAMUR (with doc. #64) (tt) (Entered: 09/13/1996) |
| 09/16/1996 | | CHANGE OF PLEA from Not Guilty to Guilty: MARK G. SIRAMUR (1) count(s) 1 ; Terminated motions [43-6] motion to Suppress Evidence as to MARK G. SIRAMUR (1), [43-7] motion to Suppress Statement of deft as to MARK G. SIRAMUR (1) on 9/13/96 before Judge Robert J. Cindrich ( with doc. #21 ) (tt) (Entered: 09/16/1996) |
| 09/19/1996 | 67 | ORDER setting Presentence Report due 12/6/96 for MARK G. SIRAMUR to this court, defendant, and counsel; statement outlining objections to, or agreement with the Presentence Report due 12/20/96 for MARK G. SIRAMUR Presentence Report with addendum to this court, and counsel to this court, and counsel due 1/3/97 for MARK G. SIRAMUR ; Sentencing set for 3:00 1/10/97 for MARK G. SIRAMUR (signed by Judge Robert J. Cindrich on 9/18/96) CM all parties of record. (tt) (Entered: 09/20/1996) |
| 09/30/1996 | 69 | MOTION by MARK G. SIRAMUR for leave to Travel outside district, with Proposed Order. (tt) (Entered: 09/30/1996) |
| 10/23/1996 | | ORDER upon motion granting [69-1] motion for leave to Travel outside district as to MARK G. SIRAMUR (1). Leave is hereby granted to deft Mark Seramur to travel outside the Southern District of California to Puerto Vallerta, Jalisco Mexico; he is granted leave to travel from 9/30/96 and return 11/15/96; he shall stay with his sister in law, Catalina Valencia, who resides at 114 Calsada Las Torres, Apartment Number 1, Las Aralias, Puerto Vallerta, Jalisco Mexico; Telephone: [322] 42269. Deft is to check in weekly by phone with U.S. Pretrial Services for the Southern District of California. (signed by Judge Robert J. Cindrich on 10/23/96) CM all parties of record. (tt) (Entered: 10/24/1996) |
| 11/15/1996 | 75 | MOTION by MARK G. SIRAMUR for leave to Travel outside the district, with Proposed Order. (tt) Modified on 04/17/2001 (Entered: 11/15/1996) |
| 11/19/1996 | | ORDER upon motion granting [75-1] motion for leave to Travel outside the district as to MARK G. SIRAMUR (1). Deft may travel outside the Southern District of California to Puerto Vallerta, Jalisco Mexico; he is |

| | | |
|---|---|---|
| | | granted leave to travel from the date of this order and return 1/3/97; he shall stay with his sister in law, Catalina Valencia, who resides at 114 Calsada Las Torres, Apartment Number 1, Las Aralias, Puerto Vallerta, Jalisco Mexico; Telephone: [322] 42269. Deft is to check in weekly by phone with U.S. Pretrial Services for the Southern District of California. Deft is also to appear in this Court on the 11th day of December, 1997 for pretrial hearing on the motions of Myron Lieberman. (signed by Judge Robert J. Cindrich on 11/15/96) CM all parties of record. (tt) Modified on 04/17/2001 (Entered: 11/19/1996) |
| 12/23/1996 | 76 | Position by USA with respect to sentencing factors as to MARK G. SIRAMUR (tt) (Entered: 12/23/1996) |
| 01/14/1997 | 83 | MOTION by USA as to MARK G. SIRAMUR for issuance of Arrest warrant with Proposed Order. (tt) (Entered: 01/14/1997) |
| 01/15/1997 | | ORDER upon motion granting [83-1] motion for issuance of Arrest warrant as to MARK G. SIRAMUR (1) (signed by Judge Robert J. Cindrich on 1/15/97) CM all parties of record. (tt) (Entered: 01/15/1997) |
| 01/15/1997 | | ARREST WARRANT issued as to MARK G. SIRAMUR (tt) (Entered: 01/15/1997) |
| 05/13/1997 | 95 | CJA 20 - Authorization to pay William James Helzlsouer for defendant MARK G. SIRAMUR ; Amount: $ 2,631.62 Voucher # 0642330 Check # 72045484 (signed by Judge Robert J. Cindrich on 3/27/97) (tt) (Entered: 05/13/1997) |
| 06/27/1997 | 105 | ORDER as to MARK G. SIRAMUR. The deft being a fugitive, the case is returned to the Clerk ; Case as to Mark G. Siramur assigned to Judge Unassigned . (signed by Judge Robert J. Cindrich on 6/26/97) CM all parties of record. (tt) (Entered: 06/27/1997) |
| 06/27/1997 | | (Court only) **Location LF as to MARK G. SIRAMUR (tt) (Entered: 06/27/1997) |
| 06/30/1997 | | Certified copy of Notice of Appeal [106-1] appeal by MYRON LIEBERMAN , certified copy of docket, cert. copy CJA Form, certified copy of order dated 6/26/97 mailed to USCA; copy of Notice of Appeal and information sheet to USA , court reporter(s) Struble, Sherman, and Judge Cindrich. Copy of information sheet to appellant. (femp) (Entered: 06/30/1997) |
| 06/22/1998 | | (Court only) **Remove appeal flag - no further appeals pending (tt) (Entered: 06/22/1998) |
| 10/23/2003 | | (Court only) **Location LC as to MARK G. SIRAMUR (tt) (Entered: 11/03/2003) |
| 10/23/2003 | | ARREST of MARK G. SIRAMUR in Central District of California (tt) (Entered: 11/03/2003) |
| 10/24/2003 | 122 | Request for Detention as to MARK G. SIRAMUR (tt) (Entered: 10/27/2003) |

| | | |
|---|---|---|
| 10/24/2003 | | ORDER upon motion granting [122-1] motion for detention as to MARK G. SIRAMUR (1). Deft is to be detained pending disposition of his sentencing hearing and that he be brought to the Western District of PA forthwith. The Court further finds that the deft poses a substantial risk of flight and non-appearance and that there is no condition of pretrial release or combination of conditions that could reasonably assure his appearance. (signed by Judge Robert J. Cindrich on 10/23/03) CM all parties of record. (tt) (Entered: 10/27/2003) |
| 11/03/2003 | 123 | Rule 40 Documents as to MARK G. SIRAMUR received from the U.S. District Court for the Central District of California (Western Division) (tt) (Entered: 11/03/2003) |
| 11/03/2003 | | Defendant MARK G. SIRAMUR reassigned to Judge Robert J. Cindrich (tt) (Entered: 11/10/2003) |
| 11/14/2003 | 124 | ORDER setting Presentence Report due 11/21/03 for MARK G. SIRAMUR to this court, defendant, and counsel; statement outlining objections to, or agreement with the Presentence Report due 12/5/03 for MARK G. SIRAMUR Presentence Report with addendum to this court, and counsel to this court, and counsel due 12/18/03 for MARK G. SIRAMUR ; Sentencing set for 9:30 12/22/03 for MARK G. SIRAMUR (signed by Judge Robert J. Cindrich on 11/13/03) CM all parties of record. (tt) (Entered: 11/14/2003) |
| 01/05/2004 | 125 | Status conference as to MARK G. SIRAMUR held on 12/23/03 before Judge Robert J. Cindrich [ Reporter: Julie Kienzle ] (tt) (Entered: 01/05/2004) |
| 01/23/2004 | 126 | Letter in Support of Deft as to MARK G. SIRAMUR (tt) (Entered: 01/23/2004) |
| 01/30/2004 | 127 | Status conference as to MARK G. SIRAMUR held on 1/29/04 before Judge Robert J. Cindrich [ Reporter: Richard Ford ] (tt) (Entered: 01/30/2004) |
| 02/04/2004 | 128 | NOTICE of Appearance for MARK G. SIRAMUR by Attorney Martha E. Bailor (tt) (Entered: 02/04/2004) |
| 02/04/2004 | 129 | MOTION by MARK G. SIRAMUR to continue sentencing , with Proposed Order. (tt) (Entered: 02/04/2004) |
| 02/05/2004 | 130 | ORDER as to MARK G. SIRAMUR that this case is reassigned to Judge McVerry. (signed by Chief Judge Donetta W. Ambrose on 2/4/04) CM all parties of record. (jsp) (Entered: 02/05/2004) |
| 02/05/2004 | | CASE reassigned to Judge Terrence F. McVerry (jsp) (Entered: 02/05/2004) |
| 02/06/2004 | 131 | Sentencing Hearing set for 2:00 3/4/04 for MARK G. SIRAMUR before Judge Terrence F. McVerry (tt) (Entered: 02/09/2004) |
| 02/12/2004 | 132 | TRANSCRIPT as to MARK G. SIRAMUR for date of Jan. 29, 2004 Reporter: Richard T. Ford (tt) (Entered: 02/12/2004) |

| | | |
|---|---|---|
| 02/27/2004 | 133 | ORDER as to MARK G. SIRAMUR, reset Sentencing for 9:30 3/19/04 for MARK G. SIRAMUR ; set Evidentiary Hearing/Argument for 9:30 3/10/04 for MARK G. SIRAMUR ; Parties to file Brief in Support of their respective positions by 3/5/04 . (signed by Judge Terrence F. McVerry on 2/27/04) CM all parties of record. (tt) (Entered: 03/01/2004) |
| 03/05/2004 | 134 | SENTENCING MEMORANDUM by USA as to MARK G. SIRAMUR (tt) (Entered: 03/05/2004) |
| 03/05/2004 | 135 | TRANSCRIPT of Change of Plea Hearing as to MARK G. SIRAMUR for date of Sept. 13, 1996. Reporter: Shirley Ann Hall (tt) (Entered: 03/05/2004) |
| 03/05/2004 | 136 | BRIEF by MARK G. SIRAMUR in opposition to the Govt's Request for Obstruction of Justice Enhancement and for Denial of Acceptance of Responsibility. (tt) Modified on 03/09/2004 (Entered: 03/05/2004) |
| 03/05/2004 | | MOTION by MARK G. SIRAMUR for downward departure . (with doc. #134) (tt) (Entered: 03/09/2004) |
| 03/08/2004 | 137 | RESPONSE by USA as to MARK G. SIRAMUR re [0-1] motion for downward departure (tt) (Entered: 03/09/2004) |
| 03/10/2004 | 138 | Evidentiary Hearing as to MARK G. SIRAMUR held on 3/10/04 before Judge Terrence F. McVerry [ Reporter: Shirley Hall ] Supplemental Briefs to be filed by 3/15/04 (tt) (Entered: 03/10/2004) |
| 03/10/2004 | 139 | Exhibit and Witness list as to MARK G. SIRAMUR (tt) (Entered: 03/10/2004) |
| 03/15/2004 | 140 | POST EVIDENTIARY HEARING BRIEF by MARK G. SIRAMUR (tt) (Entered: 03/15/2004) |
| 03/15/2004 | 141 | SUPPLEMENTAL SENTENCING MEMORANDUM by USA as to MARK G. SIRAMUR (tt) (Entered: 03/15/2004) |
| 03/16/2004 | 142 | MEMORANDUM ORDER as to MARK G. SIRAMUR denying motion for downward departure as to MARK G. SIRAMUR (1). Sentencing will proceed as scheduled at 9:30 3/19/04 for MARK G. SIRAMUR . (signed by Judge Terrence F. McVerry on 3/16/04) CM all parties of record. (tt) (Entered: 03/17/2004) |
| 03/16/2004 | | (Court only) **Terminated document(s) as to MARK G. SIRAMUR : [129-1] motion to continue sentencing as to MARK G. SIRAMUR (1) (tt) (Entered: 03/17/2004) |
| 03/17/2004 | 143 | Letter in Support of Deft as to MARK G. SIRAMUR (tt) (Entered: 03/17/2004) |
| 03/19/2004 | 144 | Sentencing Hearing held on 3/19/04 before Judge Terrence F. McVerry [ Reporter: Virginia Pease ] re: MARK G. SIRAMUR (1) count(s) 1 (tt) (Entered: 03/19/2004) |
| 03/19/2004 | 145 | JUDGMENT as to MARK G. SIRAMUR (1) count(s) 1. 60 Months Imprisonment. 3 Years Supervised Release with conditions in said |

| | | |
|---|---|---|
| | | sentence and Standard Conditions of Supervision. No Fine. $50.00 Special Assessment. (signed by Judge Terrence F. McVerry on 3/19/04) (tt) (Entered: 03/19/2004) |
| 03/19/2004 | | (Court only) **Termination of party MARK G. SIRAMUR pending deadlines and pending motions as to MARK G. SIRAMUR (tt) (Entered: 03/19/2004) |
| 03/19/2004 | | (Court only) **Case closed as to MARK G. SIRAMUR, MYRON LIEBERMAN, RENEE D. PLATIAU (all defendants). (tt) (Entered: 03/19/2004) |
| 03/23/2004 | 146 | Letter from Deft, MARK G. SIRAMUR dated 3/16/04 (tt) (Entered: 03/23/2004) |
| 03/29/2004 | 147 | NOTICE OF APPEAL from [145-1] judgment order by MARK G. SIRAMUR (1) count(s) 1 FILING FEE $ 255.00 RECEIPT # 04003371 TPO ISSUED. (tt) (Entered: 03/29/2004) |
| 03/29/2004 | | Certified copy of Notice of Appeal [147-1] appeal as to MARK G. SIRAMUR, certified copy of docket, information sheet and certified copy of order dated 3/19/04 mailed to USCA; copy of Notice of Appeal and information sheet to Judge, court reporter(s), and Opposing Counsel ; Copy of information sheet to appellant's counsel. (tt) (Entered: 03/29/2004) |
| 04/09/2004 | | NOTICE of Docketing ROA from USCA as to MARK G. SIRAMUR Re: [147-1] appeal USCA Number: 04-1912 (tt) (Entered: 04/09/2004) |
| 05/07/2004 | 148 | TRANSCRIPT as to MARK G. SIRAMUR for date of March 10, 2004 ; Reporter: Shirley Ann Hall (tt) (Entered: 05/07/2004) |
| 05/07/2004 | 149 | TRANSCRIPT of sentencing proceedings as to MARK G. SIRAMUR for date of March 19, 2004 ; Reporter: Virginia S. Pease (tt) (Entered: 05/07/2004) |
| 06/25/2004 | | Certified list in lieu of the record mailed to USCA (femp) (Entered: 06/25/2004) |
| 07/01/2004 | | Receipt for Certified List received from USCA as to MARK G. SIRAMUR (tt) (Entered: 07/01/2004) |
| 11/10/2004 | 150 | Satisfaction of Judgment as to Assessment by MARK G. SIRAMUR (tt) (Entered: 11/10/2004) |
| 04/25/2005 | 151 | ORDER as to MARK G. SIRAMUR, set Re-sentencing for 9:30 6/22/05 . The U.S. Marshal and the Warden of the FCI Terminal Island, CA shall produce deft for sentencing and return him to that institution upon completion. (signed by Judge Terrence F. McVerry on 4/25/05) CM all parties of record. (tt) (Entered: 04/26/2005) |
| 04/25/2005 | 152 | Certified copy of JUDGMENT as to MARK G. SIRAMUR issued in lieu of a formal mandate on 4/21/05 received from USCA re: [147-1] appeal remanding for resentencing MARK G. SIRAMUR (1) count(s) 1 . |

| | | |
|---|---|---|
| | | Opinion attached. (Receipt mailed) (tt) (Entered: 04/29/2005) |
| 04/25/2005 | | (Court only) **Remove appeal flag - no further appeals pending (tt) Modified on 04/29/2005 (Entered: 04/29/2005) |
| 04/25/2005 | | Case as to MARK G. SIRAMUR Reassigned to Judge Terrence F. McVerry. (jsp) (Entered: 01/29/2008) |
| 04/26/2005 | | WRIT of Habeas Corpus ad Prosequendum issued as to MARK G. SIRAMUR for 6/22/05 (tt) (Entered: 04/26/2005) |
| 06/21/2005 | 153 | MOTION by MARK G. SIRAMUR to continue sentencing, with Proposed Order. (tt) (Entered: 06/22/2005) |
| 06/23/2005 | | ORDER upon motion granting [153-1] motion to continue sentencing as to MARK G. SIRAMUR (1); reset Sentencing for 9:30 7/15/05 for MARK G. SIRAMUR . (signed by Judge Terrence F. McVerry on 6/22/05) CM all parties of record. (tt) (Entered: 06/23/2005) |
| 06/30/2005 | 154 | Application and Order for Writ of Habeas Corpus ad Prosequendum as to MARK G. SIRAMUR (jsp, ) (Entered: 06/30/2005) |
| 07/11/2005 | | TEXT NOTICE OF RE-SENTENCING as to MARK G. SIRAMUR, Re-Sentencing reset for 8/12/2005 01:30 PM in Courtroom 6C before Terrence F. McVerry. Re-Sentencing was rescheduled from July 15, 2005 at 9:30 AM. : Text only entry; no PDF document will issue.(kll) (Entered: 07/11/2005) |
| 08/12/2005 | | Text Minute Entry for proceedings held before Judge Terrence F. McVerry :Re-Sentencing held on 8/12/2005 for MARK G. SIRAMUR (1), Count(s) 1, 60 Months Imprisonment. 3 Years Supervised Release with conditions in said sentence and Standard Conditions of Supervision. No Fine. $50.00 Special Assessment. (Court Reporter Sandra Wenger.) (kll) (Entered: 08/12/2005) |
| 08/12/2005 | 155 | AMENDED JUDGMENT as to MARK G. SIRAMUR (1), Count(s) 1, 60 Months Imprisonment. 3 Years Supervised Release with conditions in said sentence and Standard Conditions of Supervision. No Fine. $50.00 Special Assessment. Signed by Judge Terrence F. McVerry on 8/12/2005. (kll) (Entered: 08/12/2005) |
| 12/20/2005 | 156 | Remark. Exhibits returned to counsel by mail. Letter is to be signed and filed to confirm receipt. (kll) (Entered: 12/20/2005) |
| 03/07/2006 | | ***Terminated Case (jsp) (Entered: 03/07/2006) |
| 04/28/2006 | | Attorney update in case as to MARK G. SIRAMUR, MYRON LIEBERMAN, RENEE D. PLATIAU. Attorney Jeffrey M. Klink terminated per Misc. 06-34. (crw, ) (Entered: 04/28/2006) |
| 01/29/2008 | 157 | Probation Jurisdiction Transferred to USDC Southern District of CA as to MARK G. SIRAMUR Transmitted Transfer of Jurisdiction form, with certified copies of amended judgment and docket sheet. (indictment can not be located) (Attachment: # 1 US Probation Office Memorandum) |

(jsp) (Entered: 01/29/2008)